29900. MARSHALL *v.* THE STATE.

DECIDED JANUARY 12, 1943.

*A. E. Wilson, R. B. Poole,* for plaintiff in error. *John A. Boykin, solicitor-general, Durwood T. Pye, Daniel Duke,* contra.

GARDNER, J. (After stating the facts.) The methods, revealed by this record, employed to conduct a credit union for the benefit and convenience of the employees, show a situation which the writer thinks should be corrected, but this is more of legislative than judicial concern.

The assignment of error is on the general grounds only. The evidence sustained the verdict.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*